**FILED**

**Nov 03, 2023**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:23-MJ-00128-EPG |
| Plaintiff, | ) **UNSEALING ORDER** |
| v. | ) |
| ELIAS SOLIZ, | ) |
| Defendant. | ) |

Good cause due to the defendant's pending Arraignment on the Complaint in the Eastern District of California, it is hereby ordered that the Complaint, Arrest Warrant, and related court filings in the above matter, be UNSEALED.

DATED:  **Nov 3, 2023**

_____
HON. ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE