1

2

3

4

5

6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE EASTERN DISTRICT OF CALIFORNIA

8

UNITED STATES OF AMERICA,          )      Case №: 1:23-MJ-00128-1-EPG
                                   )
9

Plaintiff,          )           **O R D E R**
                                   )      **APPOINTING COUNSEL**
10

vs.             )
                                   )
11

ELIAS SOLIZ,                       )
                                   )
12

Defendant.          )
_____)

13

14

The above named Defendant has, under oath, sworn or affirmed as to his financial

15

inability to employ counsel or has otherwise satisfied this Court that he is financially unable to

16

obtain counsel and wishes counsel be appointed to represent him.  Therefore, in the interests of

17

justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

18

19

IT IS HEREBY ORDERED that John F. Garland be appointed to represent the above

20

defendant in this case effective *nunc pro tunc* to November 13, 2023, in place of the Federal

Defender Organization.

21

22

This appointment shall remain in effect until further order of this court, or until the

23

pending criminal matter and any direct appeal is resolved, whichever is first.

24

25

IT IS SO ORDERED.

26

Dated:   **November 14, 2023**

27

UNITED STATES MAGISTRATE JUDGE

28

-1-